# ALLONGE

CAPITAL DEVELOPMENT GAMING CORPORATION, a Rhode Island corporation, hereby sells, transfers and assigns unto CAPITAL GAMING INTERNATIONAL, INC., a New Jersey corporation, all its right, title and interest in and to the Promissory Note dated April 2, 2001 in the face principal amount of $10,000,000.00 from the Narragansett Indian Tribe, a federally recognized Indian Tribe.

Date: July 20, 2006

**CAPITAL DEVELOPMENT GAMING CORPORATION,**
**a Rhode Island corporation**

By: Charles B. Brewer

**Charles B. Brewer**
**Its President**

**ALLONGE**

FOR VALUE RECEIVED, CAPITAL GAMING INTERNATIONAL, INC., a New Jersey corporation, hereby sells, transfers and assigns unto CGI-NIT, LLC, an Illinois limited liability company, all its right, title and interest in and to the Promissory Note dated April 2, 2001 in the face principal amount of $10,000,000.00 from the Narragansett Indian Tribe, a federally recognized Indian Tribe.

Date: July 20, 2006

**CAPITAL GAMING INTERNATIONAL INC.,**
**a New Jersey corporation**

**By:** ______________________
**Charles B. Brewer**
**Its President**