STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

Department of Administration
Beverly E. Najarian
DIRECTOR
One Capitol Hill
Providence, RI 02908-5890

OFFICE (401) 222-2280
FAX (401) 222-6436
TDD (401) 222-1227

July 19, 2006

Chief Sachem Matthew Thomas
P.O. Box 268
Charlestown, Rhode Island 02813

Re: Disbursements Pursuant to R.I. Gen. Laws §42-61.2-7(a)(5)

Dear Chief Sachem Thomas:

R.I. Gen. Laws §42-61.2-7(a) (5) provides in relevant part for the Narragansett Indian Tribe to receive:

> "……five percent (5%) of net terminal income that is solely attributable to the introduction of newly authorized machines at Lincoln Park as determined by the revenue estimators at the Revenue Estimating Conferences pursuant to chapter 16 of title 35 up to a maximum of ten million dollars ($10,000,000) per year, which shall be paid to the Narragansett Indian Tribe for the account of a Tribal Development Fund to be used for the purpose of encouraging and promoting: home ownership and improvement: elderly housing; adult vocational training; health and social services; childcare; natural resource protection; and economic development consistent with state law……."

**The final calculation of the net terminal income for Fiscal Year 2006 attributable to the introduction of the newly authorized machines at Lincoln Park has been made. In order to comply with the state's obligations under R.I. Gen. Laws §42-61.2-7(a)(5), an amount ($392,547.) will be disbursed to the Narragansett Indian Tribe's Tribal Development Fund to be used for the purposes set forth in R.I. Gen. Laws §42-61.2-7(a)(5).**

So that the State may comply with its obligations under R.I. Gen. Laws §42-61.2-7(a)(5), please provide me with an official copy of a Resolution of the Narragansett Indian Tribe establishing a Tribal Development Fund. I will also need sufficient account information to enable the State to wire funds into the Tribal Development Fund account. **Upon receipt of that information, the funds will be wired into the account.**

Sincerely,

Beverly E. Najarian
Acting Director Division of Lotteries