**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**CGI-NIT, LLC**

**Plaintiff,**

**vs.**

**Narragansett Indian Tribe** **C.A. No. 06 -**

**Defendants.**

# NOTICE OF REMOVAL TO FEDERAL COURT

TO PLAINTIFF, CGI-NIT, LLC by and through ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the District of Rhode Island on October 25, 2006.

A copy of the said Notice of Removal is attached to this Notice, and is served and filed herewith.

DATED: October 25, 2006

By their attorney,

JOHN F. KILLOY, JR. #3761
74 Main Street
Wakefield, RI 02879
(401) 783-6840
(401) 782-2490 Facsimile
j.killoy@verizon.net

**CERTIFICATION**

I hereby certify that on the 25 day of October 2006 a true copy of the within was mailed, postage prepaid, and faxed to Brian D. Gross, Esq. COOLEY MANION JONES, LLP, One Center Place, Providence, RI 02903