**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CGI-NIT, LLC**

**Plaintiff**

**v.** **CA No. 06-**

**NARRAGANSETT INDIAN TRIBE,**

**Defendant.**

**MOTION TO ENLARGE TIME**

Now comes the defendant, Narragansett Indian Tribe ("Tribe"), a federally acknowledged and recognized Indian tribe and hereby moves for an extension of time, up to and including November 28, 2006, to respond to plaintiff's Complaint. As grounds counsel states that both he and the Tribe are involved in other significant litigation both in this Court and the United States Supreme Court, as well as a referendum question to be voted upon by the citizens of the state on November 7, 2006 and that the plaintiff will not be prejudiced by the grant of additional time.

In moving to enlarge time, the Tribe does not waive its sovereign immunity nor has it waived any other procedural or substantive defense it may possess.

Presented by:

JOHN F. KILLOY, JR. (#3761)
74 Main Street
Wakefield, RI 02879
(401) 783-6840
(401) 782-2490 Fax
j.killoy@verizon.net

## CERTIFICATION

I hereby certify that on the 25th day of October, 2006 a true copy was mailed, postage prepaid, to Brian D. Gross, Esq., COOLEY MANION JONES, LLP, One Center Place Providence, RI 02903.