STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: WC-2006-0571 CGI-NIT LLC V NARRAGANSETT INDIAN TRIBE

Filing Date: 09-12-2006
Case Status: CLOSED DURING DISCOVERY

Case Type: PROMISSORY NOTE
Status Date: 11-02-2006

Plaintiff: CGI NIT LLC
ID: @10862182

Attorney: BRIAN GROSS

Defendant: NARRAGANSETT INDIAN TRIBE
ID: @10862183

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 11-20-2006 | MOT TO APPEAR PRO HAC VICE | W CRT2 | RUBINE |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 10-16-2006 | MOT TO APPEAR PRO HAC VICE<br>PASSED | W CRT2 | RUBINE |

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 09-12-2006 | CERTIFICATION FILED | CLIENT |
| 09-12-2006 | CERTIFICATION FILED | 3 FILED———ATTORNEY CERT FOR PRO HAC VICE |
| 09-12-2006 | PETITION FILED | PRO HAC VICE—NO HEARING DATE<br>Affiliated: CGI NIT LLC |
| 09-12-2006 | COMPLAINT FILED | |
| 09-12-2006 | INITIAL FILING FEE | |
| 09-12-2006 | Payment Applied | A Payment of -$160.00 was made on receipt SCW32790. |
| 09-18-2006 | NOTICE | OF HEARING FOR PRO HAC VICE<br>Affiliated: CGI NIT LLC |
| 10-16-2006 | AFFIDAVIT FILED | BRIAN GROSS |
| 10-16-2006 | PASSED | |
| 11-02-2006 | NOTICE OF REMOVAL | TO US DISTRICT COURT<br>Affiliated: NARRAGANSETT INDIAN TRIBE |
| 11-02-2006 | CASE REMVD TO US DISTRICT CT | |
| 11-02-2006 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
C. R. Chruf [signature]
Offices of Clerk of Superior Court
County of Washington
Wakefield, Rhode Island