UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CGI-NIT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NARRAGANSETT INDIAN TRIBE,<br><br>Defendant. | C.A. No.: 06-CV-00470 |

**PLAINTIFF CGI-NIT, LLC'S MOTION TO REMAND**

Now comes the Plaintiff, CGI-NIT, LLC ("CGI"), and moves this Court for an Order, pursuant to 28 U.S.C. 1447 (c), remanding this action to Washington County Superior Court and awarding Plaintiff costs and attorneys' fees associated with the removal as against the removing Defendant, Narragansett Indian Tribe ("Tribe"). In support of this motion, Plaintiff incorporates its memorandum of law and further states the following:

1. On September 12, 2006, Plaintiff CGI commenced this action in Washington County Superior Court for the State of Rhode Island to enforce a promissory note between CGI and the Tribe dated April 2, 2001 in the amount of $10,000,000 (the "Note").

2. Plaintiff CGI is an Illinois limited liability company with a principal place of business in Evanston, Illinois. CGI is the holder of the Note.

3. Defendant Tribe is a federally recognized Indian Tribe which is considered a stateless person for the purposes of diversity jurisdiction. See Ninigret Development Corp. v. Narragansett Indian Wetuomuck Housing Authority, 207 F.3d 21, 27 (1st Cir. 2000).

4. On October 25, 2006, the Tribe filed a Notice of Removal pursuant to 28 U.S.C. § 1441 alleging that this Court has jurisdiction under 28 U.S.C. §§ 1331 and 1332.

5. As the memorandum of law in support of Plaintiff's motion to remand clearly demonstrates, this Court lacks jurisdiction under 28 U.S.C. § 1331 because no federal question exists in this action.

6. Further, as the memorandum of law in support of Plaintiff's motion to remand clearly demonstrates, this Court lacks jurisdiction under 28 U.S.C. § 1332 because the Tribe's citizenship status destroys complete diversity between the Parties. Ninigret Development Corp., 207 F.3d at 27.

WHEREFORE, Plaintiff respectfully moves this honorable Court to issue an Order remanding this action to Washington County Superior Court and awarding Plaintiff costs and attorneys' fees associated with the removal as against the removing Defendant.

Respectfully Submitted,
Plaintiff, CGI-NIT, LLC,
By its attorneys,

/s/ Brian D. Gross
Brian D. Gross, RI Bar # 6891
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
(401) 273-0800

AND

Harry L. Manion III, MA BBO # 317440
Paul F. Beckwith, MA BBO # 550186
Christopher J. Cunio, MA BBO # 634518
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
617-737-3100

Dated: November 17, 2006
*168755*

## CERTIFICATE OF SERVICE

I, Brian D. Gross, hereby certify that a true copy of the above document was served on Defendant's counsel, John F. Killoy, Jr., 74 Main Street, Wakefield, Rhode Island 02879 via U.S. First Class mail on November 17, 2006.

/s/Brian D. Gross
Brian D. Gross

Dated: November 17, 2006
*168755*