**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CGI-NIT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 06-470/T |
| NARRAGANSETT INDIAN TRIBE, | ) |
| Defendant. | ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S SECOND MOTION TO ENLARGE TIME**

The Plaintiff, CGI-NIT, LLC ("CGI"), hereby opposes the Defendant Narragansett Indian Tribe's second motion for an extension of time in which to answer or otherwise respond to Plaintiff's complaint. In support of this opposition, Plaintiff relies upon the accompanying memorandum of law. For the reasons set forth in that memorandum this court should deny the Defendant's motion.

RESPECTFULLY SUBBMITTED,
PLAINTIFF, CGI-NIT, LLC,
By its attorneys,

/s/ Brian D. Gross
Brian D. Gross, RI Bar # 6891
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
(401) 273-0800

AND

Harry L. Manion III, MA BBO # 317440
Paul F. Beckwith, MA BBO # 550186
Christopher J. Cunio, MA BBO # 634518
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Dated: November 30, 2006
*170872*

## CERTIFICATE OF SERVICE

I, Brian D. Gross, hereby certify that a true copy of the above document was served on Defendant's counsel, John F. Killoy, Jr., 74 Main Street, Wakefield, Rhode Island 02879 via U.S. First Class mail on November 30, 2006.

/s/ Brian D. Gross
Brian D. Gross

Dated: November 30, 2006