UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CGI-NIT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 06-470/T |
| NARRAGANSETT INDIAN TRIBE, | ) |
| Defendant. | ) |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S SECOND MOTION TO ENLARGE TIME**

The Plaintiff, CGI-NIT, LLC, submits this memorandum in support of its opposition to the Defendant Narragansett Indian Tribe's second Motion for an extension of time in which to answer or otherwise respond to Plaintiff's complaint.

**Background**

On September 12, 2006, CGI-NIT, LLC ("CGI") commenced this action in Washington Superior Court for the State of Rhode Island to enforce a promissory note between CGI and the Narragansett Indian Tribe dated April 2, 2001 in the amount of $10,000,000 (the "Note"). The Complaint alleges state-law contractual and tort theories of recovery. The Defendant was timely served with a copy of the complaint via certified and first class mail.

On October 18, 2006, pursuant to the Defendant's request, CGI granted the Defendant a seven day extension of time to answer or otherwise respond to CGI's complaint. See Letter from Paul F. Beckwith, Esq., Cooley Manion Jones LLP, a copy of which is attached hereto as Exhibit 1. On October 25, 2006, the date upon which the Defendant's answer was due in state court, the Defendant filed a Notice of Removal pursuant to 28 U.S.C. § 1441, alleging that this Court has

jurisdiction under 28 U.S.C. §§ 1331 and 1332. See Defendant's Notice of Removal, a copy of which is attached hereto as Exhibit 2. In addition, the Defendant filed a motion to enlarge time, through November 28, 2006, to answer or otherwise respond to Plaintiff's complaint. See Defendant's Motion to Enlarge Time, a copy of which is attached hereto as Exhibit 3. The Defendant's Motion was granted by the Court on November 8, 2006. On November 17, 2006, CGI filed a Motion to Remand the action to state court given the lack of any jurisdictional basis under which this Court can hear CGI's claims. See CGI's Motion to Remand and Memorandum in Support thereof, copies of which are attached (without exhibits) hereto as Exhibit 4. On November 22, 2006, the Defendant filed a second Motion to Enlarge Time to answer or otherwise respond to Plaintiff's Complaint. See Defendant's Second Motion to Enlarge Time, a copy of which is attached hereto as Exhibit 5.

## Argument

The Defendant's second motion for an extension of time is unjustified and without merit. The Defendant's sole basis for requesting additional time is a disingenuous plea for judicial economy, i.e. the Court should decide on subject matter jurisdiction before it decides any other motion. Exhibit 5 at ¶ 4. The Defendant conveniently overlooks the fact that two motions are not pending before this Court and that the Defendant's obligation to respond to the complaint will not be relieved by this Court's ruling on CGI's motion to remand. The Defendant's obligation to answer or otherwise respond to CGI's complaint is the same whether the matter is pending in state or federal court. The Defendant's motion for additional time is nothing more than another transparent attempt to further delay the proper adjudication of this case.

**Conclusion**

For the foregoing reasons, Plaintiff CGI-NIT, LLC respectfully requests that this Court deny the Defendant Narragansett Indian Defendant's second request to enlarge time.

RESPECTFULLY SUBMITTED,
PLAINTIFF, CGI-NIT, LLC,
By its attorneys,

/s/ Brian D. Gross

Brian D. Gross, RI Bar # 6891
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
(401) 273-0800

AND

Harry L. Manion III, MA BBO # 317440
Paul F. Beckwith, MA BBO # 550186
Christopher J. Cunio, MA BBO # 634518
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Dated: November 30, 2006
*170873*

## CERTIFICATE OF SERVICE

I, Brian D. Gross, hereby certify that a true copy of the above document was served on Defendant's counsel, John F. Killoy, Jr., 74 Main Street, Wakefield, Rhode Island 02879 via U.S. First Class mail on November 30, 2006.

/s/ Brian D. Gross
Brian D. Gross

Dated: November 30, 2006