# Exhibit 1

JON S. BAROOSHIAN
BARBARA H. CHUANG
EARLE C. COOLEY
DONNA R. CORCORAN
CHRISTOPHER J. CUNIO
ROBERT A. DELELLO°
ERIKA J. DOHERTY●○
JENNIFER B. FUREY
MARTIN F. GAYNOR III
BRIAN D. GROSS*°
BRIAN M. HANEY
JOHN T. HUGO
TRACY A. R. JOLLY
PATRICK T. JONES*°
TIMOTHY C. KELLEHER III
RALPH R. LIGUORI*
JAMIE M. MAGNANI○
HARRY L. MANION III
JOHN B. MANNING*
KENNETH J. MARTIN
JAIMIE A. MCKEAN
KEITH M. MCLEAN
KERRI LYNNE RANDALL
CHRISTOPHER M. SHEEHAN
LISA M. SNYDER
JESSICA A. STACY~
NICHOLAS D. STELLAKIS
JONATHAN F. TABASKY*†
PATRICK S. TRACEY♦
JOSHUA L. WEEMS~

COOLEY MANION JONES LLP

COUNSELLORS AT LAW

21 CUSTOM HOUSE STREET

BOSTON, MASSACHUSETTS 02110-3536

(617) 737-3100

FACSIMILE (617) 737-3113

www.cmjlaw.com

PAUL F. BECKWITH
LEONARD T. EVERS
ARTHUR GRIMALDO II~
FRANK A. MARINELLI*
PETER J. SCHNEIDER*°
MELODY M. WILKINSON~
OF COUNSEL

RHODE ISLAND OFFICE
ONE CENTER PLACE
PROVIDENCE, RHODE ISLAND 02903
(401) 273-0800
FAX (401) 273-0801

TEXAS OFFICE
100 EAST FIFTEENTH STREET, SUITE 320
FORT WORTH, TEXAS 76102
(817) 870-1996

~ADMITTED IN TEXAS ONLY
*ALSO ADMITTED IN RHODE ISLAND
†ALSO ADMITTED IN CONNECTICUT
°ALSO ADMITTED IN NEW HAMPSHIRE
♦ALSO ADMITTED IN ARIZONA
○ALSO ADMITTED IN NEW JERSEY
●ALSO ADMITTED IN PENNSYLVANIA

**BY FACSIMILE & FIRST CLASS MAIL**

October 18, 2006

John F. Killoy Jr., Esq.
H. Jefferson Melish
74 Main Street
Wakefield, RI 02879-7408

RE: CGI-NIT, LLC v. Narragansett Indian Tribe
Washington County Superior Court
Civil Action No.: 06-0571

Dear Jack:

This letter confirms that the plaintiff has agreed to grant the defendant an extension of time, until October 25, 2006 to answer or otherwise respond to the complaint.

Sincerely,

Paul F. Beckwith

PFB/lac

cc: Bill Papazian, Esq. (by e-mail)
Charles B. Brewer, Esq. (by e-mail)
Scott D.H. Redman, Esq. (by e-mail)
Christopher J. Cunio, Esq.
Brigid R. Crowley