# Exhibit 2

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**CGI-NIT, LLC**

**Plaintiff,**

**vs.**

**Narragansett Indian Tribe** **C.A. No. 06 -**

**Defendants.**

# NOTICE OF REMOVAL TO FEDERAL COURT

TO PLAINTIFF, CGI-NIT, LLC by and through ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the District of Rhode Island on October 25, 2006.

A copy of the said Notice of Removal is attached to this Notice, and is served and filed herewith.

DATED: October 25, 2006

By their attorney,

JOHN F. KILLOY, JR. #3761
74 Main Street
Wakefield, RI 02879
(401) 783-6840
(401) 782-2490 Facsimile
j.killoy@verizon.net

**CERTIFICATION**

I hereby certify that on the 25 day of October 2006 a true copy of the within was mailed, postage prepaid, and faxed to Brian D. Gross, Esq. COOLEY MANION JONES, LLP, One Center Place, Providence, RI 02903

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**CGI-NIT, LLC**

**Plaintiff,**

**vs.**

**Narragansett Indian Tribe**

**Defendants.**

CA 06 470 T

**C.A. No. 06 -**

**NOTICE OF REMOVAL AND PETITION TO REMOVE ACTION PURSUANT TO 28 U.S.C. §1331, 1332 and §1441**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant hereby removes to this Court the state court action described below.

1. On September 12, 2006, an action was commenced in the Washington County Superior Court for the State of Rhode Island entitled CGI-NIT, LLC v. Narragansett Indian Tribe, Ca. No. 06-0571.

2. Defendant was served with a copy of plaintiff's Complaint on September 25, 2006. This Notice is timely.

3. A copy of the Complaint received by defendant in the state court action is attached hereto as Exhibit "A".

4. This action is a civil action of which this Court has jurisdiction under 28 U.S.C. §1331, § 1332 and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441.

WHEREFORE, defendant, Narragansett Indian Tribe, prays that this action be removed to the United States District Court for the District of Rhode Island.

DATED: October 25, 2006

By their attorney,

JOHN F. KILLOY, JR. #3761
74 Main Street
Wakefield, RI 02879
(401) 783-6840
(401) 782-2490 Facsimile
j.killoy@verizon.net

**CERTIFICATION**

I hereby certify that on the 25 day of October 2006 a true copy of the within was mailed, postage prepaid, and faxed to Brian D. Gross, Esq. COOLEY MANION JONES, LLP, One Center Place, Providence, RI 02903