# Exhibit 5

UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**CGI-NIT, LLC**

**Plaintiff**

**v.** **CA No. 06-470/T**

**NARRAGANSETT INDIAN TRIBE,**

**Defendant.**

**MOTION TO ENLARGE TIME**

Now comes the defendant, Narragansett Indian Tribe ("Tribe"), a federally acknowledged and recognized Indian tribe and hereby moves for a further extension of time to respond to plaintiff's Complaint. As grounds counsel states the following:

1. On October 25, 2006 pursuant to 28 U.S.C. § 1441 the Tribe filed a Notice Removal of plaintiff CGI-NIT, LLC's ("CGI") Complaint filed in the Washington County Superior Court for the State of Rhode Island .

2. On October 25, 2006 the Tribe filed and was granted an extension of time until November 28, 2006 to answer or otherwise respond to CGI's Complaint.

3. On November 17, 2006 CGI filed a Motion to Remand with a response date assigned by the Court for the Tribe's reply of December 4, 2006.

4. CGI's Motion to Remand is jurisdictional and should be heard before the Court hears any further responsive pleadings. *See generally,* Wright, Miller & Cooper, Federal Practice and Procedure: Jurisdiction 3d § 3739 ("[D]istrict court must be certain that federal subject matter jurisdiction is proper before entertaining a motion by the defendant under Federal Rule

12 to dismiss the plaintiff's complaint for failure to state a claim upon which relief may be granted.")

5. Further, an extension of time would conserve judicial resources and those of the parties from expending potentially unnecessary time and resources in responding to further pleadings until after this Court rules on the Motion to Remand.

6. That the CGI will not be prejudiced by the grant of additional time.

The Tribe hereby requests an extension of time up to and including 14 days after an order enters on CGI's Motion to Remand. In moving to enlarge time, the Tribe does not waive its sovereign immunity nor has it waived any other procedural or substantive defense it may possess.

Presented by:

/s/ John F. Killoy, ,Jr.

JOHN F. KILLOY, JR. (#3761)
74 Main Street
Wakefield, RI 02879
(401) 783-6840
(401) 782-2490 Fax
*j.killoy@verizon.net*

**CERTIFICATION**

I hereby certify that on the 22nd day of November, 2006 a true copy was mailed, postage prepaid, to Brian D. Gross, Esq., COOLEY MANION JONES, LLP, One Center Place Providence, RI 02903.

/s/ John F. Killoy, ,Jr.