**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CGI-NIT, LLC**

**Plaintiff**

**v.** **CA No. 06-470/T**

**NARRAGANSETT INDIAN TRIBE,**

**Defendant.**

**OBJECTION TO PLAINTIFF'S MOTION TO REMAND**

Now comes the defendant, Narragansett Indian Tribe ("Tribe"), a federally acknowledged and recognized Indian tribe and hereby objects to defendant's Motion to Remand. Attached hereto and in support hereof is the Tribe Memorandum of Law

Presented by:

/S/

JOHN F. KILLOY, JR. (#3761)
74 Main Street
Wakefield, RI 02879
(401) 783-6840
(401) 782-2490 Fax
*j.killoy@verizon.net*

**CERTIFICATION**

I hereby certify that on the 4th day of December, 2006 a true electronically forwarded to Brian D. Gross, Esq., COOLEY MANION JONES, LLP, One Center Place Providence, RI 02903.

/S/