**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CGI-NIT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 06-CV-00470 |
| NARRAGANSETT INDIAN TRIBE, | ) |
| Defendant. | ) |

**MOTION FOR PRO HAC VICE ADMISSION OF CHRISTOPHER J. CUNIO**

Plaintiff CGI-NIT, LLC hereby moves that Christopher J. Cunio be admitted pro hac vice in the above-captioned action as associate trial counsel on the grounds that the legal issues and discovery in this action may be extensive and require assistance.

Respectfully submitted,
PLAINTIFF, CGI-NIT, LLC,
By its attorneys,

/s/ Brian D. Gross
Brian D. Gross, RI Bar # 6891
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
401-273-0800

AND

/s/ Christopher J. Cunio
Christopher J. Cunio, MA BBO # 634518
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
617-737-3100

Dated: December 22, 2006
*172054*

**CERTIFICATE OF SERVICE**

I, Brian D. Gross, hereby certify that a true copy of the above document was served on Defendant's counsel, John F. Killoy, Jr., 74 Main Street, Wakefield, Rhode Island 02879 via U.S. First Class mail on December 22, 2006.

/s/ Brian D. Gross
Brian D. Gross

Dated: December 22, 2006