**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CGI-NIT, LLC,

Plaintiff,

v. ) C.A. No.: 06-CV-00470

NARRAGANSETT INDIAN TRIBE,

Defendant.

## ATTORNEY CERTIFICATION FOR PRO HAC VICE ADMISSION OF CHRISTOPHER J. CUNIO

1. I certify I am a member in good standing of the bar of the State of Massachusetts and of the Massachusetts Federal District Court Bar and the First Circuit Court of Appeals Bar, and my eligibility to practice before those courts has not been restricted in any way.

2. I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys there are no disciplinary proceedings pending against me at this time and I have never had my pro hac vice status revoked by any court.

3. I have not been admitted nor applied to be admitted in any bankruptcy or adversary proceeding cases in this District in the preceding twenty-four (24) months.

4. Other than minor traffic offenses, I have never been convicted of any crime.

5. I have not been admitted nor applied to be admitted pro hac vice in any case in this District during the past twelve (12) months.

6. I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

7. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

8. For purposes of this case, I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of the other party in the case.

/s/ Christopher J. Cunio
Christopher J. Cunio, MA BBO # 634518
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
617-737-3100

Dated: December 22, 2006
*172053*

**CERTIFICATION OF LOCAL COUNSEL**

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it related to the participation and responsibilities of local associate counsel.

/s/ Brian D. Gross
Brian D. Gross, RI Bar # 6891
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
401-273-0800

Dated: December 22, 2006