**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CGI-NIT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 06-CV-00470 |
| NARRAGANSETT INDIAN TRIBE, | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Ralph R. Liguori of Cooley Manion Jones LLP as counsel for the Plaintiff, CGI-NIT, LLC, in the above-captioned case.

Respectfully submitted,

/s/ Ralph R. Liguori____________

Ralph R. Liguori, RI Bar # 5039
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
(401) 273-0800

Dated: January 24, 2007

**CERTIFICATE OF SERVICE**

I, Ralph R. Liguori, attorney for the Plaintiff, CGI-NIT, LLC, in the above-captioned action, hereby certify that I served a copy of the foregoing on all counsel of record on this 24th day of January, 2007.

/s/ Ralph R. Liguori______________________
Ralph R. Liguori