**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CGI-NIT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 06-CV-00470 |
| NARRAGANSETT INDIAN TRIBE, | ) |
| Defendant. | ) |

**MOTION FOR PRO HAC VICE ADMISSION**
**OF PAUL F. BECKWITH**

Plaintiff CGI-NIT, LLC hereby moves that Paul F. Beckwith be admitted pro hac vice in the above-captioned action as associate trial counsel on the grounds that the legal issues and discovery in this action may be extensive and require assistance.

Respectfully submitted,
PLAINTIFF, CGI-NIT, LLC,
By its attorneys,

/s/ Brian D. Gross______________
Brian D. Gross, RI Bar # 6891
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
401-273-0800

AND

/s/ Paul F. Beckwith_________________
Paul F. Beckwith, MA BBO # 550186
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
617-737-3100

Dated: January 24, 2007
*173519*

## CERTIFICATE OF SERVICE

I, Brian D. Gross, hereby certify that a true copy of the above document was served on Defendant's counsel, John F. Killoy, Jr., 74 Main Street, Wakefield, Rhode Island 02879 via U.S. First Class mail on January 24, 2007.

/s/ Brian D. Gross
Brian D. Gross

Dated: January 24, 2007.