**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CGI-NIT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 06-CV-00470 |
| NARRAGANSETT INDIAN TRIBE, | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter the appearance of Ralph R. Liguori of Cooley Manion Jones LLP as counsel for the Plaintiff, CGI-NIT, LLC, in the above-captioned case.

Respectfully submitted,

/s/ Ralph R. Liguori
Ralph R. Liguori, RI Bar # 5039
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
(401) 273-0800

Dated: February 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system, and, accordingly, will be sent to the registered participants identified on the Notice of Electronic Filing on this 16th day of February, 2007.

/s/ Ralph R. Liguori, Esq.