Narragansett Indian Tribe
P.O. Box 268
Charlestown, Rhode Island 02813
(401) 364-1100
R.I. 1-800-243-6278

RECEIVED
JUL 15 1992
GOVERNOR'S OFFICE

July 14, 1992

Honorable Bruce Sundlun
Governor of the State of Rhode Island
Providence, RI 02903

Re: Narragansett Tribe Gaming Compact

Dear Governor Sundlun:

Pursuant to the Indian Gaming Regulatory Act of 1988, 25 U.S.C. section 2710(d) (3) (A), the Narragansett Tribe hereby formally requests the State of Rhode Island to enter into negotiations for the purpose of entering into a Tribal-State compact governing the conduct of Class III gaming activities on the Narragansett tribal lands near Charlestown.

Our negotiating officials are Lloyd G. Wilcox and Lawrence E. Ollvierre, constituting the Tribal Legal Committee, and Charles A. Hobbs of the law firm of Hobbs, Straus, Dean & Wilder of Washington, D.C., tribal attorneys. You may contact Mr. Hobbs in Washington at (202) 783-5100.

We look forward to hearing from your representatives.

Sincerely,

THE NARRAGANSETT INDIAN TRIBE

George H. Hopkins
George H. Hopkins
Chief Sachem

Anthony Dean Stanton
Anthony Dean Stanton
First Councilman

Tribal Secretary

APPENDIX A