Landholding Agency: Army
Property Number: 219440215
Status: Unutilized
Reason: Within 2000 ft. of flammable or explosive material, Secured Area

Bldg. M010
Holston Army Ammunition Plant
Kingsport Co: Hawkins TN 61299–6000
Landholding Agency: Army
Property Number: 219440216
Status: Unutilized
Reason: Within 2000 ft. of flammable or explosive material, Secured Area

Texas

Bldg. 161
Red River Army Depot
Texarkana Co: Bowie TX 75507–5000
Landholding Agency: Army
Property Number: 219440217
Status: Unutilized
Reason: Secured Area

Utah

Bldg. 4234
Dugway Proving Ground
Dugway Co: Tooele UT 84022–
Landholding Agency: Army
Property Number: 219440218
Status: Unutilized
Reason: Secured Area

Virginia

Bldg. B420–01
Radford Army Ammunition Plant
Radford VA 24141–
Landholding Agency: Army
Property Number: 219440219
Status: Unutilized
Reason: Within 2000 ft. of flammable or explosive material, Secured Area

Bldg. 1022–00
Radford Army Ammunition Plant
Radford VA 24141–
Landholding Agency: Army
Property Number: 219440220
Status: Unutilized
Reason: Within 2000 ft. of flammable or explosive material, Secured Area

Bldg. A1022–00
Radford Army Ammunition Plant
Radford VA 24141–
Landholding Agency: Army
Property Number: 219440221
Status: Unutilized
Reason: Within 2000 ft. of flammable or explosive material, Secured Area

Bldg. A1024–00
Radford Army Ammunition Plant
Radford VA 24141–
Landholding Agency: Army
Property Number: 219440222
Status: Unutilized
Reason: Within 2000 ft. of flammable or explosive material, Secured Area

Bldg. B1013–00
Radford Army Ammunition Plant
Radford VA 24141–
Landholding Agency: Army
Property Number: 219440223
Status: Unutilized
Reason: Within 2000 ft. of flammable or explosive material, Secured Area

Bldg. C1013–00
Radford Army Ammunition Plant
Radford VA 24141–
Landholding Agency: Army
Property Number: 219440224
Status: Unutilized
Reason: Within 2000 ft. of flammable or explosive material, Secured Area

Bldg. D1013–00
Radford Army Ammunition Plant
Radford VA 24141–
Landholding Agency: Army
Property Number: 219440225
Status: Unutilized
Reason: Within 2000 ft. of flammable or explosive material, Secured Area

Washington

Bldg. U514B
Fort Lewis
Ft. Lewis Co: Pierce WA 98433–
Landholding Agency: Army
Property Number: 219440226
Status: Unutilized
Reason: Secured Area, Extensive deterioration

Bldgs. 8363, 8365
Fort Lewis
Ft. Lewis Co: Pierce WA 98433–
Landholding Agency: Army
Property Number: 219440227
Status: Unutilized
Reason: Secured Area, Extensive deterioration

14 Bldgs.
Fort Lewis
Ft. Lewis Co: Pierce WA 98433–
Location: A0417, A0428–A0429, D0311, D0322, D0411, D0422, D0511, D0522, D0611, D0622, E0413, E0402, E0513
Landholding Agency: Army
Property Number: 219440228
Status: Unutilized
Reason: Secured Area, Extensive deterioration

Bldgs. D0941, D1006, E0107
Fort Lewis
Ft. Lewis Co: Pierce WA 98433–
Landholding Agency: Army
Property Number: 219440229
Status: Unutilized
Reason: Secured Area, Extensive deterioration

98 Bldgs. (Barracks)
Fort Lewis
Ft. Lewis Co: Pierce WA 98433–
Landholding Agency: Army
Property Number: 219440230
Status: Unutilized
Reason: Secured Area, Extensive deterioration

Bldgs. A0642, E0419, E0819
Fort Lewis
Ft. Lewis Co: Pierce WA 98433–
Landholding Agency: Army
Property Number: 219440231
Status: Unutilized
Reason: Secured Area, Extensive deterioration

6 Bldgs.
Fort Lewis
Ft. Lewis Co: Pierce WA 98433–
Location: E0401, E0432, E0527, E0601, E0701, E0723
Landholding Agency: Army
Property Number: 219440232
Status: Unutilized
Reason: Secured Area, Extensive deterioration

Bldg. A0416
Fort Lewis
Ft. Lewis Co: Pierce WA 98433–
Landholding Agency: Army
Property Number: 219440233
Status: Unutilized
Reason: Secured Area, Extensive deterioration

Bldgs. D0931, E0137, E0157
Fort Lewis
Ft. Lewis Co: Pierce WA 98433–
Landholding Agency: Army
Property Number: 219440234
Status: Unutilized
Reason: Secured Area, Extensive deterioration

34 Bldgs.
Fort Lewis
Ft. Lewis Co: Pierce WA 98433–
Location: A0426–A0427, A0430–A0431, D0312–D0313, D0320–D0321, D0412–D0413, D0420–D0421, D0512–D0513, D0520–D0521, D0611–D0612, D0614, D0615, D0620–D0621, D0908, D0942, D1002, E0149, E0414–E0415, E0420–E0421, E0514–E0515, E0521, E0614
Landholding Agency: Army
Property Number: 219440235
Status: Unutilized
Reason: Secured Area, Extensive deterioration.

[FR Doc. 94–30777 Filed 12–15–94; 8:45 am]

BILLING CODE 4210–29–M

## DEPARTMENT OF THE INTERIOR

### Bureau of Indian Affairs

### Indian Gaming

**AGENCY:** Bureau of Indian Affairs, Interior.

**ACTION:** Notice of Approved Tribal-State Compact.

**SUMMARY:** Pursuant to 25 U.S.C. 2710, of the Indian Gaming Regulatory Act of 1988 (Pub. L. 100–497), the Secretary of the Interior shall publish, in the Federal Register, notice of approved Tribal-State Compacts for the purpose of engaging in Class III (casino) gambling on Indian reservations. The Assistant Secretary—Indian Affairs, Department of the Interior, through her delegated authority, has approved the Tribal-State Gaming Compact Between the Narragansett Indian Tribe and the State of Rhode Island, which was executed on May 17, 1994.

**DATES:** This action is effective December 16, 1994.

**FOR FURTHER INFORMATION CONTACT:** Larry Scrivner, Acting Director, Indian Gaming Management Staff, Bureau of Indian Affairs, Washington, D.C. 20240, (202) 219–4068.



APPENDIX C