# Amended and Restated Management and Development Agreement

## between the

## NARRAGANSETT INDIAN TRIBE

## and

## CAPITAL DEVELOPMENT GAMING CORPORATION

RECEIVED
NATIONAL INDIAN
GAMING COMMISSION
95 JUN 21 PM 3:48

June 17, 1995

# AMENDED AND RESTATED MANAGEMENT AND DEVELOPMENT AGREEMENT

**THIS AMENDED AND RESTATED MANAGEMENT AND DEVELOPMENT AGREEMENT** ("Agreement"), made this 17 day of June, 1995 between the Narragansett Indian Tribe ("Tribe"), a Federally recognized Indian tribe and Capital Development Gaming Corp., a Rhode Island corporation ("Manager") and wholly-owned subsidiary of Capital Gaming International, Inc. ("CGI"), for the purpose of assisting the Tribe in establishing and operating a Tribal Gaming Enterprise on aboriginal lands of the Tribe near Charlestown held in trust for the Tribe by the United States. Capitalized terms used herein shall have the meaning ascribed to such terms in Appendix A hereof.

**WHEREAS**, the Narragansett Tribe is an Indian tribe and acknowledged as such by the United States (48 Fed. Reg. 6177-78), possessing inherent sovereign powers of self-government over land held in trust for it by the United States in what is now the State of Rhode Island near Charlestown, Rhode Island;

**WHEREAS**, the Chief Sachem and Tribal Council are the governing body of the Tribe;

**WHEREAS**, it is the will of the Tribe to pursue gaming on its trust lands as a means of providing employment for its members and improving the social, economic, educational, and health needs of its members and the community;

**WHEREAS**, Congress enacted the Indian Gaming Regulatory Act ("IGRA") to promote tribal economic development, tribal self-sufficiency, and strong tribal governments;

**WHEREAS**, the Tribe has determined that the operation of a Tribal Gaming Enterprise under IGRA will assist the Tribe in meeting the above objectives;

**WHEREAS**, on August 29, 1994, the Tribe and the State entered into a Tribal-State Compact pursuant to IGRA which governs the conduct of the Class III gaming activities to be conducted at the Tribal Gaming Enterprise;

**WHEREAS**, on December 5, 1994, the Assistant Secretary-Indian Affairs, on behalf of the Secretary of the Interior, approved the Tribal-State Compact, which became effective on December 16, 1994 (59 Fed. Reg. 65066);

**WHEREAS**, the development of the Tribal Gaming Enterprise will require a significant capital investment;

**WHEREAS**, the Tribe seeks additional technical and financial expertise to manage the Tribal Gaming Enterprise and is desirous of employing a firm with the appropriate management and business expertise to manage the Tribal Gaming Enterprise;

**WHEREAS,** Manager has the requisite expertise, and is capable of obtaining financing on behalf of the Tribe to construct, develop, manage, operate, and maintain the Tribal Gaming Enterprise as well as instructing members of the Tribe and others in the operation of a gaming venture;

**WHEREAS,** in July 1992, the Tribe and British American Bingo, Inc. ("BAB") entered into a Management Development Agreement for the management of the gaming facility envisioned thereunder;

**WHEREAS,** in February 1993, said Management Development Agreement was amended and re-executed by the Tribe and BAB at the request of the Bureau of Indian Affairs ("BIA");

**WHEREAS,** in March, 1993, BAB was purchased by and became a wholly-owned subsidiary of CGI, an affiliate of Manager, and thereafter changed its name to Capital Gaming International Casino Management Division, Inc.;

**WHEREAS,** in May 1993, said Management Development Agreement referred to in the previous WHEREAS clause was re-executed to add CGI as a party thereto;

**WHEREAS,** all of Capital Gaming International Casino Management Division, Inc.'s and CGI's rights, duties and obligations under the May 1993 Management Development Agreement were transferred to Capital Development Gaming Corporation (the Manager);

**WHEREAS**, since the execution of the initial Management Development Agreement, the NIGC has promulgated numerous new requirements concerning the contents of Management Agreements, the scope of the Tribal Gaming Enterprise has changed, and the Tribe and State have executed the Compact;

**WHEREAS**, this Agreement amends and restates the Management Development Agreement in part to comply with the requirements of the National Indian Gaming Commission and take into account the terms of the Compact;

**WHEREAS**, this Agreement shall, upon execution by all parties and upon receipt of all tribal governmental approvals, be deemed to supersede in their entirety the July 1992, February 1993 and May 1993 Management Development Agreements;

**NOW, THEREFORE**, in consideration of the mutual promises and covenants contained herein, the parties agree as follows: