# RELEASE

THIS RELEASE ("Release"), dated as of April 2, 2001, from Capital Development Gaming Corporation, a Rhode Island corporation ("Capital") on behalf of itself and all Releasors (as defined below) to The Narragansett Indian Tribe, a federally recognized Indian Tribe (the "Tribe") and all Releasees (as defined below).

**WITNESSETH:**

**WHEREAS**, the Tribe and Capital are parties to the Amended and Restated Management and Development Agreement dated as of June 17, 1995, which was amended by the Addendum thereto entered into on March 18, 1998 (as so amended, the "Capital Management Agreement"), relative to establishment of a casino facility in Rhode Island;

**WHEREAS**, Capital has advanced approximately $10,000,000 in funds to the Tribe and incurred substantial expenses relative to such casino facility, but no such facility has been established and the Tribe and Capital have determined to amicably exchange releases of all related obligations, and the Tribe is concurrently delivering to Capital its Promissory Note (the "Note") in repayment of said advances in the principal amount of $10,000,000, dated of even date with this Release; and

**WHEREAS**, in consideration of this Release, Tribe and Releasees are concurrently delivering the Note and their Release to Capital and Releasors.

**NOW THEREFORE**, Capital on behalf of itself and any subsidiary, parent, affiliate, successor or assign, present or future, of Capital (altogether, the "Capital Entities") and their present and former officers, directors, employees, members, agents, affiliates, successors, assigns and legal representatives (altogether the "Releasors"), in consideration of said Note and the Release by the Tribe and the Tribal Gaming Commission, any Tribal administrative agency, wholly or partially owned or controlled subsidiary, corporation or other entity, or agent or representative, and members, affiliates, successors or assigns of any of the foregoing, present or future (altogether, the "Tribal Entities") and their present and former officers, directors, employees, members, agents, affiliates, successors, assigns and legal representatives (altogether the "Releasees"), and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby states and agrees as follows:

1. Releasors hereby release and discharge Releasees, and agree to hold harmless Releasees, from any and all obligations, liabilities, omissions, claims, actions, proceedings and/or demands, (altogether the "Claims") known or unknown, suspected or unsuspected, matured or unmatured, due or not due, direct or indirect, primary or contingent, which Claims exist as of the date hereof, or from the beginning of the world to the date hereof, arising out of, based upon or related in any way to the Capital Management Agreement, any and all related agreements, documents or instruments and any and all actions, inactions or things whatsoever relative thereto, and any other claims or causes of action any of the Releasors may have against any of the Releasees, other than under the Note and the Release given to the Releasors by the

Releasees in exchange for this Release. Releasors have not assigned any Claim to any other person.

2. None of Releasors will, directly or indirectly, bring or cause to be brought, or participate in the prosecution of, any action, proceeding or suit seeking recovery of any damages, amount or relief with respect to the subject matter of this Release, or challenge or contest the effectiveness of this Release. Releasors will indemnify and defend Releasees from and against any Claim asserted by any person other than Releasors.

3. Releasors agree not at any time to make any negative or disparaging statements concerning any of Releasees, relative to the subject matter of the Note, said Releases, the Capital Management Agreement or otherwise.

4. This Release may be executed in one or more counterparts, each of which shall constitute an original and all of which together shall constitute one instrument.

5. This Release shall be governed by and construed in accordance with the laws of the State of Rhode Island.

IN WITNESS WHEREOF, the undersigned Capital, on behalf of all Releasors, intending to be legally bound, by its duly authorized officer or representative, has set its hand as of the date first set forth above.

ATTEST:

[signature]

CAPITAL DEVELOPMENT
GAMING CORPORATION

By: [signature]
Name: Charles B. Brewer
Title: President



#264057 v1
012436-35306

STATE OF Texas )
)ss.:
COUNTY OF Dallas )

I certify that on April 1st, 2001, Charles B. Brewer, President of Capital Development Gaming Corporation ("Capital"), personally came before me and acknowledged under oath to my satisfaction that he is the person who personally signed the above Release on behalf of Capital under due authority, and delivered this Release as and for the act and deed of Capital.

BELINDA CAMPBELL NOTARY PUBLIC STATE OF TEXAS EXPIRES 11-29-2001

Belinda Campbell
Notary Public



#264057 v1
012436-35306