UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NARRAGANSETT INDIAN TRIBE, Plaintiff, v. NATIONAL INDIAN GAMING COMMISSION, and ADA DEER in her official capacity as Acting Chairman of the National Indian Gaming Commission, Defendant. | Civil No. ______________ |

DECLARATION OF WILLIAM S. PAPAZIAN

1. I am William S. Papazian, General Counsel for Capital Development Gaming Corporation, Inc., 8025 Black Horse Pike, W. Atlantic City, New Jersey 08232, telephone (609) 383-3333. Our company plans to be the Manager of the Narragansett Tribe's gaming facility when it is eventually approved. We have been associated with the Tribe in this venture since 1992. I am familiar with all aspects of this association, and with the Tribe's efforts to win approval by the NIGC of our Management Contract dated June 17, 1995.

2. On August 7, 1996, the NIGC sent the Tribe and its proposed Manager, Capital Development Gaming Corporation, Inc., a so-called deficiency letter, listing all the imperfections that the NIGC found in the proposed Management Agreement. I am familiar with such deficiency letters, having been involved in other tribes' submission of management agreements with us that have been approved. It is my experience that deficiency letters



EXHIBIT H

are sent near the end of the Commission's processing, and that approval is imminent if the problems listed are cleared up.

3. I have reviewed the deficiency letter, and am familiar with all the matters listed in it. I have analyzed each of the 21 points to estimate the time needed to comply. My estimate is that we could clear all items listed in the deficiency letter in about a week.

4. Once the items listed in the deficiency letter are submitted, I would expect approval within another week or two, based on what NIGC staff has told us and led us to believe.

I hereby swear under penalty of perjury that the foregoing Declaration is true to the best of my belief and knowledge. Signed this 18th day of February, 1997.

William S. Papazian





EXHIBIT H