**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CGI-NIT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 06-CV-00470 |
| NARRAGANSETT INDIAN TRIBE, | ) |
| Defendant. | ) |

**PLAINTIFF CGI-NIT, LLC'S OBJECTION TO DEFENDANT NARRAGANSETT INDIAN TRIBE'S MOTION FOR RECONSIDERATION**

Now comes the Plaintiff, CGI-NIT, LLC, and moves this Court for an Order denying the Defendant Narragansett Indian Tribe's Motion for Reconsideration and awarding Plaintiff costs and attorneys' fees associated with the instant Motion as against the Defendant. In support of its Objection, Plaintiff incorporates and relies upon its Memorandum of Law and further states that the Defendant's Motion for Reconsideration should be denied because: (1) this Court's Order dated March 9, 2007 remanding the case to state court is not reviewable on appeal or otherwise; (2) the Defendant erroneously re-argues facts and theories which were or should have been introduced in its opposition to Plaintiff's Motion to Remand; and (3) this Court properly found that it lacks diversity jurisdiction over Plaintiff's state-law breach of contract claims as well as federal question jurisdiction since the Indian Gaming Regulatory Act, 25 U.S.C. § 2701 et seq., is inapplicable to the promissory note and claims at issue. Costs and attorneys' fees are particularly appropriate here due to the duplicative, baseless nature of Defendant's motion.

WHEREFORE, Plaintiff respectfully requests this honorable Court deny Defendant's Motion for Reconsideration and enter judgment consistent with this Court's Order dated March

9, 2007 as well as award Plaintiff costs and attorneys' fees associated with the instant Motion as against the Defendant.

Respectfully Submitted,
Plaintiff, CGI-NIT, LLC,
By its attorneys,

/s/ Ralph R. Liguori________________

Ralph R. Liguori, RI Bar # 5039
COOLEY MANION JONES LLP
One Center Place
Providence, RI 02903
(401) 273-0800

AND

Harry L. Manion III, MA BBO # 317440
Paul F. Beckwith, MA BBO # 550186
Christopher J. Cunio, MA BBO # 634518
COOLEY MANION JONES LLP
21 Custom House Street
Boston, MA 02110
(617) 737-3100

Dated: April 2, 2007

**CERTIFICATE OF SERVICE**

I, Ralph R. Liguori, hereby certify that a true copy of the above document was served on Defendant's counsel, John F. Killoy, Jr., 74 Main Street, Wakefield, Rhode Island 02879 via U.S. First Class mail on April 2, 2007.

/s/ Ralph R. Liguori_________
Ralph R. Liguori

Dated: April 2, 2007