C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CGI-NIT, LLC,

Plaintiff,

v. C.A. No. 06-470T

NARRAGANSETT INDIAN TRIBE,

Defendant.

**ORDER GRANTING MOTION FOR REMAND**

Plaintiff's Motion to Remand is hereby GRANTED for the following reasons: (1) there is no diversity jurisdiction in this case because an unincorporated Indian tribe is a stateless person that destroys diversity of citizenship; (2) the possibility that the Tribe may raise the defense of sovereign immunity does not convert a breach of contract action arising under state law into one which arises under federal law for purposes of subject matter jurisdiction; and (3) there is no federal question jurisdiction under the Indian Gaming Regulatory Act, 25 U.S.C. § 2701, et seq. because (i) the promissory note at issue is not a collateral agreement requiring NIGC approval under IGRA, and (ii) CGI's state law contract claims do not arise under IGRA, nor do they raise a substantial question under that statute.

IT IS SO ORDERED:

Ernest C. Torres

Senior Judge Ernest C. Torres
Date: ~~February __, 2007~~
3/9/07