# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CGI-NIT, LLC, | ) |
| Plaintiff, | ) |
| v. | ) C.A. No.: 06-CV-00470 |
| NARRAGANSETT INDIAN TRIBE, | ) |
| Defendant. | ) |

**AFFIDAVIT OF PAUL F. BECKWITH, ESQ.**

I, Paul F. Beckwith, hereby depose and state as follows:

1. I am an attorney at Cooley Manion Jones LLP admitted to practice before this Court and I am co-counsel for Plaintiff CGI-NIT, LLC, in the above-captioned matter.

2. This Declaration is submitted in support of Plaintiff's Objection to Defendant's Motion for Reconsideration.

3. I have caused the billing records of Cooley Manion Jones LLP, in this matter to be reviewed for the purpose of ascertaining the attorneys' fees and costs that have been incurred in the prosecution of this action on behalf of CGI-NIT, LLC against the Defendant.

4. The records of Cooley Manion Jones LLP kept in the usual course of the Firm's affairs, reflect that costs associated with the prosecution of this action against Defendant (through March 2007) total $821.74, including $276.40 in photocopying of papers necessarily obtained for use in the case and $545.34 in charges for necessary legal research performed using

Westlaw. The $821.74 figure includes costs of $352.10 which are specifically associated with the Defendant's Motion for Reconsideration.

5. In total, Plaintiff is seeking reimbursement for $821.74 in costs.

6. As for attorney's fees in connection with Defendant's removal of this action, I spent 53.6 hours at a rate of $300 per hour in reviewing the file, including reviewing all pleadings and court papers to determine the issues in dispute, researching various legal issues related to Defendant's removal and Motion for Reconsideration, assembling exhibits, drafting Plaintiff's Motion to Remand, preparing for and attending the Court's hearing regarding Plaintiff's Motion to Remand, and drafting Plaintiff's Objection to Defendant's Motion for Reconsideration and this Affidavit. This includes 12 hours spent on legal work in connection with Defendant's Motion for Reconsideration, totaling $3,600.00. Therefore, my fees associated with the Defendant's removal of this action total $16,080.00.

7. In addition, a law clerk, Brigid Crowley, spent 63.5 hours at a rate of $95 per hour researching various legal issues related to Defendant's removal of this action and Motion for Reconsideration, copying documents, assembling exhibits, and assisting with the preparation and drafting of Plaintiff's Motion to Remand and Objection to Defendant's Motion for Reconsideration. This includes 37.8 hours spent on legal work in connection with Defendant's Motion for Reconsideration, totaling $3,402.00. Therefore, her fees associated with the Defendant's removal of this action total $6,035.00

8. In addition, in connection with Defendant's removal of this action, a partner at this Firm and co-counsel in the above-captioned matter, Christopher J. Cunio, spent 1.8 hours reviewing the file, including reviewing all pleadings and court papers to determine the issues in

dispute, researching various legal issues related to Defendant's removal, and in drafting Plaintiff's Motion to Remand. His billable hourly rate is $275, which totals $495.00.

9. In addition, other attorneys at this Firm spent 4.05 hours reviewing the file, including reviewing all pleadings and court papers to determine the issues in dispute, researching various legal issues related to Defendant's removal, and in preparing for and attending the Court's hearing regarding Plaintiff's Motion to Remand. These miscellaneous legal fees total $761.25.

10. In total, Plaintiff is seeking reimbursement for $23,371.25 in attorneys' fees, including $7,002.00 specifically incurred in connection with Defendant's Motion for Reconsideration.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 2nd DAY OF APRIL, 2007.

/s/ Paul F. Beckwith

Paul F. Beckwith

**CERTIFICATE OF SERVICE**

I, Ralph R. Liguori, hereby certify that a true copy of the above document was served on Defendant's counsel, John F. Killoy, Jr., 74 Main Street, Wakefield, Rhode Island 02879 via U.S. First Class mail on April 2, 2007.

/s/ Ralph R. Liguori

Ralph R. Liguori

Dated: April 2, 2007