**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

CGI-NIT, LLC,

Plaintiff,

v. C.A. No. 06-470T

NARRAGANSETT INDIAN TRIBE,

Defendant.

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION AND DENYING PLAINTIFF'S REQUEST FOR FEES**

The Defendant Tribe's Motion FOR Reconsideration of Defendant's Objection to Remand is hereby DENIED for the reasons stated in Plaintiff CGI-NIT's Memorandum in Objection to Defendant's Motion for Reconsideration.

CGI-NIT's motion for an award of attorney's fees is hereby DENIED without prejudice to CGI-NIT's seeking any attorney's fees to which it may be entitled pursuant to enforcement of the Note in the state court action. Although incorrect, the Tribe's position in the Motion for Reconsideration does not rise to the level that would warrant an assessment of costs under the lack of an "objectively reasonable basis for removal" standard of 28 U.S.C. § 1447(c) or to a level that would warrant the imposition of sanctions under the frivolous argument standard of Rule 11.

IT IS SO ORDERED:

Ernest C. Torres

Senior Judge Ernest C. Torres
Date: April 18, 2007