**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CGI-NIT, LLC**

**Plaintiff**

**v.** **CA No. 06-470/T**

**NARRAGANSETT INDIAN TRIBE,**

**Defendant.**

**NOTICE OF APPEAL**

Now comes the defendant, Narragansett Indian Tribe ("Tribe"), a federally acknowledged and recognized Indian tribe and hereby appeals to the United State Court of Appeals for the First Circuit from an Order Denying the defendant Tribe's Motion for Reconsideration of its objection to plaintiff's Motion to Remand entered in this action on April 19, 2007.

Presented by:

*/S/ John F. Killoy, Jr.*

JOHN F. KILLOY, JR. (#3761)
74 Main Street
Wakefield, RI 02879
(401) 783-6840
(401) 782-2490 Fax
*j.killoy@verizon.net*

**CERTIFICATION**

I hereby certify that I electronically filed the above-referenced document with the United States District Court for the District of Rhode Island via the ECF system and a copy to the counsel of record via the ECF system on this17th day of May 2007.

*/S/ John F. Killoy, Jr.*