MANDATE

06-00470
USDC RI
Judge Torres

# United States Court of Appeals
## For the First Circuit

---

No. 07-1952

CGI-NIT, LLC,

Plaintiff, Appellee,

v.

NARRAGANSETT INDIAN TRIBE,

Defendant, Appellant.

---

Before

Torruella, Lipez and Howard,
Circuit Judges.

---

JUDGMENT

Entered: November 8, 2007

Defendant-appellant Narragansett Indian Tribe (Tribe) seeks to challenge a district court order denying reconsideration of the district court's decision to remand this action to state court based on the lack of federal subject matter jurisdiction. Even assuming, without deciding, that the district court retained jurisdiction to reconsider its prior remand order, see In re La Providencia Dev. Corp., 406 F.2d 251, 252 (1st Cir. 1969) (noting that "only possible exception" to 28 U.S.C. § 1447(d)'s prohibition against reconsideration of remand order is when remand order has not been completed by re-entry of case in state court), the district court left its remand order undisturbed, and our court is prohibited by 28 U.S.C. § 1447(d) from reviewing the underlying remand order which was the subject of the reconsideration motion. See Thermtron Prods., Inc. v. Hermansdorfer, 423 U.S. 336, 343 (1976) (holding that remand order based on lack of subject matter jurisdiction is not reviewable, even if erroneous). The Tribe cannot obtain review of the remand order simply by appealing the denial of a motion seeking reconsideration of that remand order.

Such a result would thwart the statutory command of § 1447(d). Cf. New Orleans Pub. Serv., Inc. v. Majoue, 802 F.2d 166, 168 (5th Cir. 1986) (holding that party could not collaterally attack unreviewable remand order by bringing independent action). Because the Tribe ultimately seeks to challenge an unreviewable remand order, this appeal is dismissed for lack of appellate jurisdiction. Accordingly, plaintiff-appellee CGI-NIT, LLC's (CGI's) motion for summary disposition is granted to this extent.

CGI's request for costs and attorneys' fees pursuant to Fed. R. App. P. 38 and 1st Cir. R. 38.0 is denied.

So ordered. See 1st Cir. R. 27.0(c).

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/3/07

By: ____________________
Appeals Attorney.

[cc: Brian Gross, Esq., Ralph Liguori, Esq., Christopher Cunio, Esq., Harry Manion III, Esq., Paul Beckwith, Esq., Brigid Crowley, Esq., John Killoy, Esq.]